**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439 )
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email:  rprongay@glancylaw.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER E. NABHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM CORP., PATRICK DENNIS, JON W. GACEK, and FUAD AHMAD,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><u>**JURY TRIAL DEMANDED**</u> |

CLASS ACTION COMPLAINT

1    Plaintiff Alexander E. Nabhan ("Plaintiff"), by and through his attorneys, alleges the

2    following upon information and belief, except as to those allegations concerning Plaintiff, which

3    are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among

4    other things, his counsel's investigation, which includes without limitation: (a) review and

5    analysis of regulatory filings made by Quantum, Inc. ("Quantum" or the "Company") with the

6    United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of

7    press releases and media reports issued by and disseminated by Quantum; and (c) review of other

8    publicly available information concerning Quantum.

9    **NATURE OF THE ACTION AND OVERVIEW**

10    1.    This is a class action on behalf of persons and entities that acquired Quantum

11    securities between May 10, 2016 and February 7, 2018, inclusive (the "Class Period"), against the

12    Defendants,[1] seeking to pursue remedies under the Securities Exchange Act of 1934 (the

13    "Exchange Act").

14    2.    Quantum purportedly sells scale-out storage, archive and data protection solutions

15    for capturing, sharing and preserving digital assets. The Company provides storage file systems,

16    nearline storage systems, backup, and de-duplication appliances, tape libraries and cloud services.

17    3.    On February 8, 2018 Quantum issued a press release entitled "Quantum

18    Corporation Postpones Earnings Conference Call."   Therein, the Company stated that it was

19    "postponing release of its fiscal third quarter 2018 results and its earnings conference call, which

20    were scheduled for this afternoon. The company is taking this action so that Quantum's audit

21    committee, in keeping with its strong corporate governance practices, can complete an

22    investigation into accounting matters and related internal controls that were raised in response to a

23    recent inquiry by the Securities and Exchange Commission (SEC)."   The press release further

24    detailed the cause for the postponement of earnings, "[o]n Jan. 11, 2018, Quantum received a

25    subpoena from the SEC regarding its accounting practices and internal controls related to revenue

26    recognition for transactions commencing April 1, 2016. Following receipt of the SEC subpoena,

27    the company's audit committee began an independent investigation with the assistance of

28    _____

[1] The "Defendants" are Quantum, Inc., Patrick Dennis, Jon W. Gacek, and Fuad Ahmad.

1    independent advisors, which is currently in process. Because the audit committee's investigation is

2    ongoing, Quantum decided it was prudent to postpone its quarterly results release and conference

3    call, pending conclusion of the investigation. The company is cooperating with the SEC and

4    cannot predict the timing of completion or outcome of either the audit committee's investigation

5    or the SEC's inquiry at this time."

6          4.     On this news, the Company's stock price fell $1.67 per share, or nearly 30%, to

7    close at $3.90 per share on February 8, 2018, on unusually heavy trading volume.

8          5.     Throughout the Class Period, Defendants made materially false and/or misleading

9    statements, as well as failed to disclose material adverse facts about the Company's business,

10   operations, and prospects. Specifically, Defendants failed to disclose: (1) that Quantum was

11   inappropriately recognizing certain revenues since at least April 2016; (2) that the Company

12   lacked adequate controls over accounting and financial reporting; (3) that as a result the Company

13   was subject to increased regulatory scrutiny and potential fines; and, (4) that, as a result of the

14   foregoing, Defendants' statements about Quantum' business, operations, and prospects, were

15   materially false and/or misleading and/or lacked a reasonable basis.

16         6.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline

17   in the market value of the Company's securities, Plaintiff and other Class members have suffered

18   significant losses and damages.

19   **JURISDICTION AND VENUE**

20         7.     The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange

21   Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17

22   C.F.R. § 240.10b-5).

23         8.     This Court has jurisdiction over the subject matter of this action pursuant to 28

24   U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

25         9.     Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and

26   Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)).  Substantial acts in furtherance of the

27   alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts

28   charged herein, including the dissemination of materially false and/or misleading information,

occurred in substantial part in this Judicial District.   In addition, the Company's principal executive offices are in this Judicial District.

10.    In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

**PARTIES**

11.    Plaintiff Alexander E. Nabhan, as set forth in the accompanying certification, incorporated by reference herein, purchased Quantum securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

12.    Defendant Quantum, Inc. is incorporated in Delaware and its principal executive offices are in San Jose, California.   Quantum' common stock trades on the New York Stock Market ("NYSE") under the symbol "QTM."

13.    Defendant Patrick Dennis ("Dennis") was the Chief Executive Officer of Quantum beginning January 16, 2018.

14.    Defendant Jon W. Gacek ("Gacek") was the President and Chief Executive Officer of Quantum from April 2011 until November 7, 2017.

15.    Defendant Fuad Ahmad ("Ahmad") was the Chief Financial Officer of Quantum from April 2016 through the end of the Class Period.

16.    Defendants Dennis, Gacek, and Ahmad (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of Quantum' reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market.   The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.   Because of their positions and access to material non-public information available to them, the Individual Defendants knew that the

1  adverse facts specified herein had not been disclosed to, and were being concealed from, the

2  public, and that the positive representations which were being made were then materially false

3  and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein.

4
## SUBSTANTIVE ALLEGATIONS

5
### Background

6

7  17.  Quantum purportedly sells scale-out storage, archive and data protection solutions

   for capturing, sharing and preserving digital assets. The Company provides storage file systems,
8
   nearline storage systems, backup, and de-duplication appliances, tape libraries and cloud services.
9
### Materially False and Misleading
### Statements Issued During the Class Period
10

11  18.  The Class Period begins on May 10, 2016.  On that day, the Company issued a

12  press release entitled "Quantum Corporation Reports Fiscal Fourth Quarter and Full Year 2016

13  Results."  Therein, the Company, in relevant part, stated:

14
    > Total revenue was $120.0 million for FQ4 and $476.0 million for the year. These
15  > results were down from the comparable prior year periods, reflecting weakness in
    > the enterprise storage market that has also impacted many other companies in the
16  > industry.

17  > Despite the challenging environment, Quantum generated $33.1 million in scale-
    > out storage and related service revenue in FQ4. This was a 4 percent increase over
18  > the same quarter the year before — representing the 19th consecutive quarter of
    > year-over-year growth — and was driven by a 44 percent increase in Americas
19  > product sales. For FY16, Quantum had $126.5 million in total scale-out storage
    > and related service revenue. This was a 23 percent increase over fiscal 2015, and
20  > when deals over $1 million ("mega deals") are excluded, total revenue in this
21  > category increased 34 percent for the full year.

22  > Quantum also reported the following revenue totals for FQ4 and FY16,
    > respectively:
23
    > - Disk backup systems and related service: $18.1 million and $73.2 million.
24
25  > - Branded tape automation and related service: $34.6 million and $146.3
    >   million.
26  > - OEM tape automation and related service: $10.1 million and $43.0
    >   million.
27
    > - Devices and media: $13.1 million and $45.8 million.
28

- Royalty: $11.0 million and $41.2 million.

With a non-cash goodwill impairment charge of $55.6 million included, the company had a GAAP operating loss of $50.2 million in FQ4 and a GAAP net loss of $52.4 million, or $0.20 per diluted share. On a non-GAAP basis, Quantum generated operating income of $8.7 million for FQ4, resulting in the highest non-GAAP operating margin in five quarters and reflecting the cost structure reductions the company made in the second half of FY16. Non-GAAP net income for FQ4 was $6.5 million, or $0.02 per diluted share.

For the full year, Quantum had a GAAP net loss of $74.7 million, or $0.28 per diluted share, again including the fourth quarter goodwill impairment charge of $55.6 million. On a non-GAAP basis, the company had a net loss of $2.6 million, or $0.01 per diluted share, for FY16. The positive impact of Quantum's cost structure reductions in the second half of the year are clear from a comparison of bottom line results for that period with the first half of the year — a $24.9 million improvement on a GAAP basis when the goodwill impairment charge is excluded and a $26.3 million non-GAAP improvement.

"In fiscal 2016 we made progress in key areas despite the weakness in the enterprise storage market making this a difficult year for the storage industry, overall," said Jon Gacek, president and CEO of Quantum. "We grew scale-out storage 23 percent, expanded our reach in high-growth vertical markets and use cases, introduced a range of new, award-winning solutions, reduced our cost structure and improved our balance sheet. All of this provides a strong foundation for fiscal 2017 that makes us confident we will be able to achieve total revenue growth and higher profitability this year.

"We are excited about the opportunity to expand our scale-out storage leadership in media and entertainment while building on our momentum in video surveillance and unstructured data archives for technical workflows. Our ability to provide high-performance, low-cost capacity and easy access in a single, integrated tiered storage solution encompassing flash, spinning disk, object storage, tape and the cloud will be an increasingly key differentiator for customers.

"Finally, our new CFO, Fuad Ahmad, will focus on further balance sheet optimization to enhance free cash flow and on opportunities to further strengthen our capital structure."

Fiscal 2017 Outlook

Noting that the fiscal first quarter is typically its weakest, Quantum provided the following guidance for the first quarter:

- Total revenue of $111 million to $115 million.

- GAAP and non-GAAP gross margin of 43-44 percent.

- GAAP and non-GAAP operating expenses of $54 million to $55 million and $52 million to $53 million, respectively.

- Interest expense of $1.5 million and taxes of $400,000.

- GAAP and non-GAAP loss per share of $0.02 to $0.03 and $0.01 to $0.02, respectively.

  For the full fiscal 2017 year, the company expects:

- Total revenue of at least $500 million, with scale-out storage and related service revenue driving the year-over-year growth and rising to 35-40 percent of total revenue.

- A decline in overall data protection revenue, with modest growth in disk backup and related service revenue offset by declines in branded and OEM tape backup revenue.

- Royalty revenue of approximately $35 million.

- GAAP and non-GAAP gross margin of 43-44 percent.

- GAAP and non-GAAP operating expense of $207 million and $200 million, respectively.

- Interest expense of $6.1 million and taxes of $1.6 million.

- GAAP and non-GAAP earnings per share of $0.01 and $0.04, respectively.

"We have a growing opportunity funnel in scale-out storage and multiple deals of significant size that we are actively working," said Gacek. "As the year progresses, we believe we will close at least some of these deals, but we are not ready to include them in our guidance at this time."

19.    On June 3, 2016, the Company filed its annual report on Form 10-K for the year ended March 31, 2016.  The 10-K was signed by Defendants Gacek and Ahmad, and reaffirmed the Company's statements about its financial results contained in the press release issued on May 10, 2016.

20.    On July 27, 2016, Quantum issued a press release entitled "Quantum Corporation Reports Fiscal First Quarter 2017 Results."  Therein, the Company, in relevant part, stated:

- Total revenue was $116.3 million, an increase of $5.4 million.

- Scale-out storage revenue grew to $30.8 million, up from $27.8 million.

- Total data protection revenue increased to $76.9 million, consisting of $21.5 million in disk backup systems revenue (up 24 percent), $42.6 million in tape automation revenue (down 4 percent) and $12.8 million in devices and media revenue (up 17 percent).

- Royalty revenue was $8.6 million, a decline of $1.6 million.

- Quantum reported a GAAP operating loss of $2.1 million and non-GAAP[2] operating income of $2.1 million, an improvement of $6.1 million and $6.5 million, respectively.

- The GAAP net loss was $3.8 million, or $0.01 per diluted share, and non-GAAP net income was $360,000, or $0.00 per diluted share. This represented an improvement of $0.03 per diluted share on both a GAAP and non-GAAP basis.

- The company generated $5.2 million in cash from operations, in contrast to using $13.6 million in cash in the comparable quarter a year ago.

"We're very pleased with our first quarter results, as we delivered year-over-year revenue growth, with strong contributions from both our scale-out storage and data protection product lines," said Jon Gacek, president and CEO of Quantum. "In scale-out storage, we continued to build on our momentum, securing major wins across our priority vertical markets and use cases and further expanding the addressable markets where our scale-out storage solutions offer unique value. For example, in April we announced a large public cloud, scale-out storage win, which we expected to generate $10 million in total revenue for the year. That opportunity has since expanded, and we now expect the resulting revenue contributions — which started in the first quarter — to total at least $20 million for the year.

"On the data protection side of our business, we closed a multi-million dollar DXi® deduplication deal and capitalized on a more stable tape backup market, where we are a long-standing leader. We also significantly improved our bottom line performance, as we continued to benefit from the cost reductions and operational changes we implemented over the previous six months, which further strengthened our business model and the leverage it provides.

"In short, we had a strong start to fiscal 2017, and we're focused on building on our momentum to drive continued growth, profitability and cash flow. Based on our first quarter results, we have increased confidence in our ability to meet the full year guidance we provided on our May earnings call."

Fiscal Second Quarter 2017 Outlook
Quantum provided the following guidance for the fiscal second quarter:

- Total revenue of $118 million to $122 million.

- GAAP and non-GAAP gross margin of 41-42 percent.

- GAAP and non-GAAP operating expenses of $50 million to $51 million and $48 million to $49 million, respectively.

- Interest expense of $1.5 million and taxes of $400,000.

- GAAP and non-GAAP loss per share of $0.01 to $0.00.

CLASS ACTION COMPLAINT
7

Finally, Quantum CFO Fuad Ahmad provided an update on the company's refinancing activities.

"We are in discussions with a number of financial institutions regarding expanding our credit line to provide sufficient near- and long-term liquidity and to create a clear and executable roadmap to address our convertible notes due November 2017," said Ahmad. "We've received strong indications of interest from two different lending sources, each of which has provided preliminary terms that, if successfully executed in a definitive agreement, not only would provide substantial additional liquidity but also should alleviate any perceived market risks related to the convertible notes."

21.     On August 5, 2016, the Company filed its quarterly report on Form 10-Q for the period ended June 30, 2016.  The 10-Q was signed by Defendant Ahmad, and reaffirmed the Company's statements about its financial results contained in the press release issued on July 27, 2016.

22.     On October 26, 2016, Quantum issued a press release entitled "Quantum Corporation Reports Fiscal Second Quarter 2017 Results."  Therein, the Company, in relevant part, stated:

- Total revenue was $134.7 million, an increase of $17.7 million.

- Scale-out storage revenue grew to a record $46.7 million, up from $29.9 million and the 21st consecutive quarter of year-over-year growth.

- Total data protection revenue was flat at $78.5 million, consisting of $18.7 million in disk backup systems revenue (up 3 percent), $45.2 million in tape automation revenue (down 7 percent) and $14.6 million in devices and media revenue (up 26 percent).

- Royalty revenue was $9.5 million, an increase of 9 percent.

- GAAP gross margin was 41.2 percent, and non-GAAP[2] gross margin was 41.4 percent, up from 39.6 percent and 39.9 percent, respectively.

- GAAP operating income was $5.3 million, and non-GAAP operating income was $7.5 million, an improvement of $15.0 million and $13.3 million, respectively.

- GAAP net income was $3.8 million, or $0.01 per diluted share, and non-GAAP net income was $6.0 million, or $0.02 per diluted share. This represented an improvement of $0.05 per diluted share on both a GAAP and non-GAAP basis.

"We began this fiscal year with a clear focus on delivering solid growth and profitability, and our results in the first two quarters demonstrate our strong execution and increasing momentum," said Jon Gacek, president and CEO of Quantum. "For the first half of the fiscal year, we've increased total revenue by $23 million over the same period last year, growing scale-out storage by 34 percent and data protection — where the market remains challenging — by 3 percent. On this $23 million of additional revenue, we've improved net income by more than $20 million, reflecting the significant leverage our financial model provides as we grow.

"As we start the second half of fiscal 2017, we're focused on continuing to drive scale-out storage growth by further extending our media and entertainment leadership and expanding our footprint in video surveillance and in technical workflows with large unstructured data archive needs. For data protection, we're continuing to leverage our technology leadership, extensive customer base, and channel and technology partnerships to generate profit and cash."

Fiscal         Third         Quarter         2017         Outlook

Quantum provided the following guidance for the fiscal third quarter:

- Total revenue of $125 million to $130 million.

- GAAP and non-GAAP gross margin of 41-43 percent.

- GAAP and non-GAAP operating expenses of $49 million to $51 million and $47 million to $49 million, respectively.

- Interest expense of $2.4 million and taxes of $400,000.

- GAAP loss per share of $0.01 to GAAP earnings per share of $0.01 and non-GAAP earnings per share of $0.00 to $0.02.

Fiscal         Second         Quarter         2017         Business         Highlights

Quantum announced a new media reference architecture for animation and visual effects workflows that is built on the company's award-winning Xcellis™ high-performance storage. This architecture overcomes the time- and resource-consuming challenge of transferring content between animation and editorial departments over a network by optimizing storage capabilities for both operations in a single shared environment, thereby streamlining workflows and boosting overall efficiency and productivity.

- The company introduced the DXi6900-S, the first deduplication appliance to incorporate 8TB self-encrypting drives, delivering the highest density backup available and enabling customers to reduce power consumption by 50 percent, compared to competing deduplication appliances. It also integrates the latest SSD technology to provide metadata storage and access. As a result, the DXi6900-S dramatically speeds ingest, read, replication and space reclamation performance, allowing users to complete all these tasks several times faster than with previous DXi® systems and numerous competitive products.

- Continuing to expand its ecosystem partnerships in video surveillance, Quantum announced joint development initiatives with four industry-leading Video Management System (VMS) providers — Aimetis Corp., On-Net Surveillance Systems Inc. (OnSSI), Qognify and Verint Systems Inc. Under the initiatives, these partners have certified interoperability with Quantum multi-tier storage offerings, including StorNext 5 data management and QXS™ hybrid storage, ensuring that users have access to thoroughly tested and integrated storage solutions suited to their unique environment.

- Key scale-out storage customer wins included million dollar-plus deals with a major media company for a multi-faceted project and a global consumer electronics company for corporate video, as well as large deals with a leading car company using video surveillance in its manufacturing facility and a solar company that uses surveillance for product line quality control. Other notable scale-out storage wins included large deals involving technical workflows and management of unstructured data archives at a U.S. military agency, an electric power administrator and a global laboratory testing services provider.

- In data protection, major customer wins included million dollar-plus deals at a European banking IT support operation, a large supermarket chain and a U.S. government department, with the first two involving Quantum's new DXi6900-S deduplication appliance.

23.    On November 4, 2016, the Company filed its quarterly report on Form 10-Q for the period ended September 30, 2016.  The 10-Q was signed by Defendant Ahmad, and reaffirmed the Company's statements about its financial results contained in the press release issued on October 26, 2016.

24.    On January 25, 2017, Quantum issued a press release entitled "Quantum Corporation Reports Fiscal Third Quarter 2017 Results."  Therein, the Company, in relevant part, stated:

- Total revenue was $133.5 million, an increase of $5.4 million. For the first three quarters of fiscal 2017 (YTD), total revenue was up 8 percent over the same period in fiscal 2016.

- Branded revenue grew to $115.2 million, up $11.5 million, or 11 percent.

- Scale-out tiered storage revenue increased to $39.8 million, up $4.1 million and contributing to a 26 percent YTD growth rate.

- Total data protection revenue grew 3 percent to $83.1 million, consisting of $22.9 million in disk backup systems revenue (up 17 percent), $44.8

million in tape automation revenue (down 13 percent overall, with OEM revenue down 42 percent and branded revenue down 3 percent) and $15.4 million in devices and media revenue (up 51 percent).

- Royalty revenue was $10.5 million, a decrease of $750,000.

- GAAP operating income was $7.3 million, and non-GAAP operating income was $8.8 million, an improvement of $5.8 million and $2.1 million, respectively.

- GAAP net income was $5.0 million, or $0.02 per diluted share, and non-GAAP net income was $6.6 million, or $0.02 per diluted share. This represented an improvement of $5.8 million and $1.8 million, respectively.

"Following up on our revenue growth and improved profitability in the first half of the fiscal year, we again delivered solid results in the December quarter," said Jon Gacek, president and CEO of Quantum. "On a year-over-year basis, we generated our 22nd consecutive quarter of scale-out tiered storage revenue growth and increased total revenue, data protection sales and overall profitability for the third straight quarter. As a result of our strong execution and the leverage our financial model provides, year-to-date GAAP and non-GAAP net income also improved $29 million and $24 million, respectively, on a total revenue increase of $29 million.

"In the fourth quarter, our focus is to continue building on our momentum by providing customers with the optimal combination of high performance, low-cost capacity and ready access to meet their increasing data management demands and achieve their business or mission objectives. We are well-positioned to capitalize on the opportunities across our target markets, having expanded our product offerings, sales capabilities and ecosystem partnerships over the past nine months. As a result, we are raising our revenue and profitability guidance for fiscal 2017."

Fiscal Fourth Quarter 2017 Outlook and Updated Fiscal 2017 Guidance

Quantum provided the following guidance for the fiscal fourth quarter:

- Total revenue of $120 million to $125 million.

- GAAP and non-GAAP gross margin of 41-43 percent.

- GAAP and non-GAAP operating expenses of $49 million to $50 million and $47 million to $48 million, respectively.

- Interest expense of $2.4 million and taxes of $400,000.

- GAAP loss per share of $0.01 and non-GAAP earnings per share of $0.00.

Quantum also updated its fiscal 2017 guidance. The company now expects:

- Total revenue of $505 million to $510 million, an increase over its initial guidance.

- Royalty revenue of at least $35 million.

- GAAP and non-GAAP gross margin of approximately 42 percent.

- GAAP and non-GAAP operating expense of approximately $201 million and approximately $192 million, respectively.

- Interest expense of $8.0 million and taxes of approximately $1.5 million.

- GAAP earnings per share of $0.01 to $0.02 and non-GAAP earnings per share of $0.04 to $0.05, respectively — an increase over its initial guidance on both a GAAP and non-GAAP basis.

<u>Fiscal Third Quarter 2017 Business Highlights</u>

- Quantum concluded definitive agreements with PNC Bank and TCW Direct Lending on a $170 million financing package. The agreement with PNC includes an $80 million revolving credit facility and an additional $20 million credit line available under an accordion feature. The agreement with TCW provides for a $50 million term loan with TCW that was drawn upon closing and a $20 million delayed draw term loan available through Dec. 31, 2017.

- The company announced StorNext 5.4, the latest version of its award-winning StorNext® file system and data management software. StorNext 5.4 enables customers to integrate their existing public cloud storage accounts and/or third-party, object storage-based private clouds as tiers in a StorNext-managed environment. As a result, users can get all the benefits of StorNext while protecting prior investments and reducing the cost and complexity of cloud administration. Another feature provides the ability to embed asset manager, data management and data sharing applications in StorNext-powered appliances, thereby reducing the time, cost and complexity of deploying and maintaining applications.

- Quantum introduced a new Scalar® storage platform optimized for storing and managing the ever-increasing volumes of unstructured data. The first new products based on this platform are the Scalar i6 and Scalar i3 tape libraries and the StorNext AEL6 purpose-built rich media archive appliance. The new Scalar platform offers a range of benefits, including best-in-class storage density — twice that of earlier-generation rack-mounted libraries — which enables organizations of all sizes to reduce their data center footprint and further reduce their storage costs.

- Notable scale-out tiered storage customer wins included large deals with several leading broadcasters and postproduction companies, two police departments seeking video surveillance solutions and a broad range of organizations that turned to Quantum for help managing their growing unstructured data archives. These organizations included a major government agency, an automotive electronics supplier that is one of the leaders in self-driving technology, an international weather forecasting agency and a top medical research institute.

- In data protection, Quantum had a series of notable DXi6900 product family wins, including million dollar-plus deals at an Asian taxation department, a major European insurance company and two big banks, as well as other large deals at a state-owned energy provider in Asia and a leading U.S. telecomm company.

25.    On February 3, 2017, the Company filed its quarterly report on Form 10-Q for the period ended December 31, 2016.  The 10-Q was signed by Defendant Ahmad, and reaffirmed the Company's statements about its financial results contained in the press release issued on January 25, 2017.

26.    On May 10, 2017, Quantum issued a press release entitled "Quantum Corporation Reports Fiscal Fourth Quarter and Full Year 2017 Results."   Therein, the Company, in relevant part, stated:

- *Total revenue of $505 million, up 6% over fiscal 2016*

- *Scale-out tiered storage revenue of $148 million, up 17% year-over-year*

- *Data protection revenue of $318 million, up 3% year-over-year*

- *GAAP net income of $4 million, an $80 million improvement over fiscal 2016*

- *Non-GAAP net income of $16 million, a $19 million improvement over the prior year*

- *GAAP earnings per share of $0.11, compared to a loss per share of $2.33 in fiscal 2016*

- *Non-GAAP earnings of $0.46 per diluted share, compared to a loss per share of $0.10 the prior year*

/PRNewswire/ -- Quantum Corp. (NYSE: QTM) today reported results for the fiscal fourth quarter and full year 2017 ended March 31, 2017.

**Fiscal Fourth Quarter 2017 Financial Results**

(All comparisons are relative to the fiscal fourth quarter 2016 unless otherwise stated.)[1]

- Total revenue was $120.8 million, up from $120.0 million.

- Branded revenue was $103.5 million, a 7 percent increase.

- Scale-out tiered storage revenue was $31.0 million, compared to $33.1 million, primarily reflecting fewer large deals than the same quarter a year earlier.

- Total data protection revenue grew 5 percent to $79.7 million, consisting of $21.5 million in disk backup systems revenue (up 19 percent), $40.2 million in tape automation revenue (down 10 percent overall, with OEM revenue down 45 percent and branded revenue flat) and $18.1 million in devices and media revenue (up 38 percent).

- Royalty revenue was $10.1 million, compared to $11.0 million.

- GAAP operating income was $1.1 million, and non-GAAP operating income was $4.2 million, compared to a loss of $50.1 million and income of $8.2 million, respectively. (Fiscal fourth quarter 2016 results included a non-cash goodwill impairment charge of $55.6 million.)

- GAAP net loss was $1.9 million, or $0.06 per diluted share,[2] compared to GAAP net loss of $52.9 million, and non-GAAP net income was $1.6 million, or $0.05 per diluted share, compared to non-GAAP net income of $6.2 million.

**Fiscal 2017 Full Year Financial Results**

(All comparisons are relative to the fiscal 2016 full year results unless otherwise stated.)

- Total revenue grew 6 percent to $505.3 million, up from $476.0 million.

- Branded revenue grew 11 percent to $432.1 million, up from $388.3 million.

- Scale-out tiered storage revenue grew 17 percent to $148.4 million, up from $126.5 million.

- Total data protection revenue grew 3 percent to $318.2 million, consisting of $84.6 million in disk backup systems revenue (up 16 percent), $172.7 million in tape automation revenue (down 9 percent overall, with OEM revenue down 27 percent and branded revenue down 3 percent) and $60.9 million in devices and media revenue (up 33 percent).

- Royalty revenue was $38.8 million, compared to $41.2 million.

- GAAP operating income was $12.1 million, and non-GAAP operating income was $23.0 million, compared to a loss of $67.8 million and income of $3.9 million, respectively.

- GAAP net income was $3.6 million, or $0.11 per diluted share, and non-GAAP net income was $15.8 million, or $0.46 per diluted share, compared to a loss of $76.4 million and $3.3 million, respectively.

"Our solid fourth quarter results closed out a year of strong overall performance and execution," said Jon Gacek, president and CEO of Quantum. "We generated year-over-year growth and significantly improved profitability in a year of ongoing industry disruption. One of the keys to this success was the fact that we grew scale-out tiered storage revenue for the ninth consecutive year, building on our leadership in traditional rich media markets and expanding our footprint in new verticals and use cases. In addition, despite continuing challenges in the data protection market, we turned around this part of our business in fiscal 2017, driving significant growth in disk backup systems and extending our position as the market leader in tape automation. From a product standpoint, we delivered innovative new solutions and features for scale-out tiered storage, disk backup and tape archive, including new ways to leverage flash technology and the cloud. Finally, we secured a large financing package that addresses our November 2017 convertible debt and provides a stable, more flexible capital structure over the next five years. All of this makes us well-positioned for further success in fiscal 2018 and beyond.

"We are also excited about the addition of Adalio Sanchez and Marc Rothman to our board of directors and expect to add the final director in our reconstituted board this month. As soon as the new board is fully in place, we will go through a comprehensive strategic review — taking a detailed look at the market and its trends, our product and solution capabilities, our sales model, R&D roadmaps, expenses and areas of investment, and capital structure — and then make decisions on how to take Quantum to the next level and drive increased shareholder value.

"When that process is complete, we will provide guidance for fiscal 2018 and update our strategic direction for the year and beyond. In the meantime, our current expectation is that we will grow total revenue year-over-year in the fiscal first quarter, driven by growth in scale-out tiered storage revenue."

**Fiscal Fourth Quarter 2017 and Other Recent Business Highlights**

- Building on its momentum in video surveillance, Quantum closed the highest number of surveillance deals in a quarter to date, which included its first surveillance sales wins in life sciences use cases. Four additional video management software (VMS) partners were also certified to support the company's full range of scale-out storage tiers, bringing the total number of VMS partners certified for full tiering to 20 and covering 80 percent of the market. Adding to Quantum's industry accolades, Milestone Systems — one of the top VMS providers — named Quantum "Technology Partner of the Year" for 2016 in the Americas and, for the second consecutive year, "Best Solution Partner" in the Asia Pacific region.

- Quantum announced purpose-built 4K video reference architectures that leverage the company's StorNext®-powered, disk- and flash-based workflow storage systems to maximize 4K stream counts and optimize performance levels in accordance with users' specific needs. Based on exhaustive testing with real-world metrics, the new reference architectures

empower media facilities to make better-informed investments in 4K storage infrastructure.

- The company introduced StorNext 6, a major new release of the StorNext platform that provides a unique combination of industry-leading performance and advanced data management features. It is designed to help users overcome the challenges of working with growing volumes of higher-resolution content and enable them to capitalize on the opportunities to re-monetize or re-purpose that content. Features include more efficient and cost-effective ways to meet project performance demands, share and access content across geographically distributed teams, and manage and protect archived content.

- Quantum announced a strategic relationship with Veritone Inc., a leader in cognitive analytics. Veritone aiWARE — a hybrid on-premise and cloud version of Veritone's best-in-class, cloud-based artificial intelligence platform — will be offered as an integrated solution with StorNext. This combination will allow users to leverage the power of Veritone's cognitive analytics — along with top cognitive engines in areas such as face detection, object recognition and transcription — to extract new value from their on-premise video and audio content without having to move it to the cloud.

- Quantum's board of directors approved a 1-for-8 reverse stock split of its common stock, which began trading on a split-adjusted basis on April 19, 2017.

- The company appointed Adalio Sanchez and Marc Rothman to its board of directors. Sanchez is a 35-year information technology industry veteran who spent most of his career at IBM Corp., including 16 years in senior executive and global general management roles. He is currently president of S Group Advisory LLC, a firm providing expertise and management consulting services. Rothman is executive vice president and chief financial officer at VeriFone Inc., responsible for leading the company's finance, information technology, and real estate organizations, and has more than 30 years of global finance and merger and acquisition experience.

27.    On May 31, 2017, the Company filed its annual report on Form 10-K for the period ended March 31, 2017.  The 10-K was signed by Defendants Gacek and Ahmad, and reaffirmed the Company's statements about its financial results contained in the press release issued on May 10, 2017.

28.    On August 9, 2017, Quantum issued a press release entitled "Quantum Corporation Reports Fiscal First Quarter 2018 Results."  Therein, the Company, in relevant part, stated:

**Fiscal First Quarter 2018 Financial Results**
(All comparisons are relative to the fiscal first quarter 2017 unless otherwise stated.)[1]

- Total revenue increased to $116.9 million, up from $116.3 million.

- Branded revenue was $99.6 million, a 3 percent increase.

- Scale-out tiered storage revenue was $33.7 million, up from $30.8 million.

- Total data protection revenue was $73.1 million, down from $76.9 million and consisting of:

  o $58.4 million in tape automation, devices and media revenue, up 6 percent overall, with branded revenue growing 14 percent and OEM revenue declining 32 percent.

  o $14.7 million in disk backup systems revenue, down from $21.5 million in the same quarter a year earlier which included a large, multi-million dollar deal.

- Royalty revenue was $10.0 million, up from $8.6 million.

- GAAP operating loss was $2.5 million, and non-GAAP operating income was $2.2 million, compared to a loss of $1.8 million and income of $2.4 million, respectively.

- GAAP net loss was $3.7 million, compared to $3.5 million, a net loss of $0.11 per diluted share[2] in both quarters.

- Non-GAAP net income was $1.4 million, or $0.04 per diluted share, up from $0.8 million, or $0.02 per diluted share.

"We continued to build on our momentum over the past year, growing total revenue year-over-year and generating non-GAAP net profit for the fifth consecutive quarter," said Jon Gacek, president and CEO of Quantum. "Although the total revenue increase was slight, branded revenue grew 3 percent. Other revenue highlights included year-over-year growth in scale-out tiered storage of 10 percent and another strong quarter for branded tape automation, devices and media sales.

"We also announced StorNext 6, a major new release of our industry-leading scale-out file system and data management software, which recently began shipping. StorNext 6 will enable us to deliver greater value to customers and, we believe, help further broaden our market reach, along with several new partnerships we announced during the quarter. They include ecosystem partnerships with Veeam in data protection, Veritone in artificial intelligence and DataFrameworks in data visualization and management, as well as a strategic reseller partnership with Uniview in video surveillance. [See "Fiscal First Quarter Business Highlights" section below for additional information on these partnerships.]

"As we look forward to the rest of fiscal 2018, we continue to be excited about the opportunity to grow total revenue, driven by expected scale-out tiered storage growth of at least 20 percent for the year. At the same time, we remain focused on generating profit and cash and are confident in our ability to manage our debt — including paying off our November 2017 convert — with existing resources.

"In addition, our newly constituted board of directors has launched a number of strategic initiatives and is working closely with the management team to implement various work streams, with the goal of improving long-term growth, recurring revenue and profitability. As part of this work, we are in the process of engaging a top-tier consulting firm which we expect will help the company to identify and deliver improvements in the operating characteristics of the business over the next six to 12 months, including accretive contributions to non-GAAP earnings. We plan to update investors on a quarterly basis regarding the progress of this important initiative."

**Fiscal Second Quarter and Full Year 2018 Guidance**
Quantum provided the following guidance for the fiscal second quarter 2018:

- Total revenue of $120 million to $125 million.

- GAAP and non-GAAP gross margin of 41-42 percent.

- GAAP and non-GAAP operating expenses of approximately $49 million and $47 million, respectively.

- GAAP and non-GAAP interest expense of $2.4 million and $1.9 million, respectively, and taxes of $400,000.

- GAAP loss/earnings per share of ($0.06) to breakeven and non-GAAP earnings of $0.01 to $0.05 per diluted share.

  The company also provided the following guidance for the full fiscal year:

- Total revenue of $515 million to $525 million.

- GAAP and non-GAAP earnings per share above the levels achieved in fiscal 2017.

**Fiscal First Quarter Business Highlights**

- Quantum announced new, unique integration with Veeam for DXi® deduplication appliances and Quantum's latest Scalar® tape storage platform to deliver more robust data protection for virtual environments. These integrated solutions make it easier for Veeam customers to deploy "3-2-1 data protection" best practices — storing at least three copies of data on two different types of media with one backup copy off-site — to guard against data loss, localized disaster and ransomware.

- The company has established a strategic relationship with Veritone Inc., a leader in cognitive analytics. Veritone aiWARE — a hybrid on-premise and cloud version of Veritone's best-in-class, cloud-based artificial

intelligence platform — will be offered as an integrated solution with StorNext®. This combination will allow users to leverage the power of Veritone's analytics, along with top cognitive engines, to extract new value from their on-premise video and audio content without having to move it to the cloud.

- Under another new partnership, Quantum has integrated DataFrameworks ClarityNow software with its Xcellis® scale-out storage and Artico™ archive appliances, providing increased visibility into usage and other intelligence regarding large unstructured data. Through deeper insight into their data, users with highly demanding storage environments — which can include hundreds of storage nodes, dozens of file systems and multiple different vendors — will now be able to scan, organize, access and migrate their data much more easily and efficiently to meet their business or mission objectives.

- The company announced that Zhejiang Uniview Technologies Co. Ltd., one of the top three video surveillance system integrators in China, has agreed to become a Quantum value-added reseller and strategic alliance partner. This alliance gives Quantum greater reach into what is expected to be the largest video surveillance market in the world by next year and also reflects the company's focus on expanding its partnerships with global system integrators in video surveillance.

- Further highlighting Quantum's emergence as a major player in video surveillance, the company won two prestigious awards for video surveillance storage at the ISC West 2017 Conference. The Security Industry Association (SIA) named Quantum's StorNext data management software as a category winner in the New Product Showcase (NPS), one of the top accolades for product innovation in the security industry. In addition, StorNext received the Platinum Govies Government Security award given by Security Today magazine, which honors outstanding government security products in a variety of categories.

- In the media and entertainment market, Quantum's new StorNext 6 release garnered multiple honors at the 2017 NAB Show. Providing a unique combination of new advanced data management features and industry-leading performance, StorNext 6 won a NewBay Media Best of Show Award and Post Magazine "Post Pick." The NewBay Media award recognizes technologies for innovation, feature set, cost efficiency and performance in serving the industry, while the Post Pick award is given to a standout new product notable for its innovation. In addition, StorNext 6 was an IABM Game Changer Award finalist, selected not only for innovation but also for delivering significant operational and business benefits.

29.     On August 9, 2017, the Company filed its quarterly report on Form 10-Q for the period ended June 30, 2017.  The 10-Q was signed by Defendant Ahmad, and reaffirmed the

1   Company's statements about its financial results contained in the press release issued on August 9,

2   2017.

3          30.    On August 9, 2017, Quantum issued a press release entitled "Quantum Corporation

4   Reports Fiscal First Quarter 2018 Results."  Therein, the Company, in relevant part, stated:

**Fiscal Second Quarter Results**
For the fiscal second quarter 2018, Quantum reported the following (all
comparisons are relative to the fiscal second quarter 2017 unless otherwise
stated):

- Total revenue of $107.1 million, down from $134.7 million in the prior
  year period which included approximately $15 million in revenue from a
  large public cloud deal. The year-over-year decline was greater than
  expected largely due to timing of closing deals at quarter end, third-party
  component supply shortages and softness in disk backup systems sales.

- Scale-out tiered storage revenue[1] of $33.8 million, a decline of $12.9
  million, largely attributable to the public cloud deal a year earlier.

- Total data protection revenue of $63.9 million, down from $78.4 million
  and consisting of:

  o $52.2 million in tape automation, devices and media revenue, compared to
    $59.7 million, with OEM revenue declining 24 percent and branded
    revenue declining 14 percent.

  o $11.7 million in disk backup systems revenue, down from $18.7 million in
    the comparable quarter which included several deals exceeding $1 million.

- Royalty revenue of $9.3 million, a decline of $300,000.

- GAAP net loss of $7.9 million, or $0.23 per diluted share, compared to net
  income of $4.1 million.

- Non-GAAP net loss of $4.9 million, or $0.14 per diluted share, compared
  to net income of $6.4 million.

"We're disappointed that our results fell short of our expectations, but we're taking
aggressive action to improve our cost structure and generate consistent growth
and profitability," said Fuad Ahmad, senior vice president and CFO of Quantum.
"We believe part of the challenge at quarter end involved timing of deals, and
we've already shipped more than 50 percent of the revenue from deals that weren't
closed, including those delayed by third-party component supply shortages.

"Despite the difficulties we encountered in the quarter, there were some bright
spots, including strong year-over-year growth in video surveillance, positive
customer reception to our new StorNext 6-powered solutions and the increased
market opportunities resulting from new partnerships."

**CEO Transition**

Quantum has named board member Adalio T. Sanchez interim CEO to replace Jon Gacek, who has left the company. Sanchez is a 35-year IT industry veteran who spent most of his career at IBM, including 16 years in senior executive and global general management roles. The board also has formed a search committee which will be headed by Chairman Raghu Rau and has retained Korn Ferry International to commence a search for a permanent CEO.

"Adalio brings tremendous domain expertise in systems and storage, along with a proven track record of transforming businesses," said Rau. "Since joining the board in May, Adalio has been leading our engagement with AlixPartners and will hit the ground running to drive improved execution at the company."

**Convertible Notes Repayment and Additional Financing**

Quantum announced that it has secured a $20 million incremental delayed draw term loan financing facility from TCW Direct Lending. The new capital is being provided under amended credit agreements with TCW and PNC Bank and is on top of the $170 million financing package with the two lenders that the company announced in October of last year. This brings the total cash secured under delayed draw term loans to $40 million, including $20 million in previously committed funds. In addition to the incremental financing, the amended agreements include less restrictive covenants than the original agreements.

"We appreciate the continued support from our lenders," said Ahmad. "The additional financing will give us more financial and operational flexibility to execute and puts us on track to pay off the remaining $57 million of the company's convertible notes upon maturity next Wednesday, Nov. 15."

**Executing on Strategic Review to Transform Quantum's Business**

In June, Quantum's newly reconstituted board of directors initiated a comprehensive strategic review of the company's business and engaged AlixPartners to assist in identifying cost savings to increase profitability, financial flexibility and growth investments. The cost reduction measures will result in $5 million of savings in the second half of this fiscal year (or $15 million on an annualized basis) and up to $35 million in annualized savings by the end of fiscal 2019.

**Appointment of Eric Singer to Quantum Board**

Quantum has appointed Eric Singer, founder and managing member of VIEX Capital Advisors and the company's largest shareholder, to the board. Singer will bring a shareholder perspective to the board and will assist in creating increased value for all shareholders.

**Guidance for Fiscal Third Quarter and Second Half of Fiscal 2018**

Quantum provided the following guidance for the fiscal third quarter 2018:

- Total revenue of $120 million to $125 million.

- GAAP and non-GAAP gross margin of 42-44 percent.

- GAAP operating expenses of approximately $46 million to $47 million and non-GAAP operating expenses of approximately $45 million to $46 million.

- GAAP and non-GAAP interest expense and loss on debt extinguishment of $6.3 million and $2.7 million, respectively, and taxes of $500,000.

- GAAP earnings per share of $0.05 to $0.07 and non-GAAP earnings per share of $0.16 to $0.22.

The company also provided the following guidance for the second half of this fiscal year:

- Total revenue of $250 million to $260 million.

- GAAP earnings per share of $0.19 to $0.25 and non-GAAP earnings per share of $0.36 to $0.42.

**Fiscal Second Quarter Business Highlights**

- Quantum announced general availability of StorNext 6, a major new release of the company's award-winning StorNext® scale-out file system. It delivers a unique combination of new advanced data management features for on-premise, hybrid cloud and public cloud environments and industry-leading streaming performance. Now shipping with the company's Xcellis workflow storage solutions, StorNext 6 enables users to overcome the limitations of traditional NAS systems in keeping up with the demands of large, rapidly growing data-intensive workloads and driving business value from that data.

- The company introduced Xcellis Foundation, a high-performance, entry-level workflow storage system specifically designed to address the technical and budgetary requirements of small-to medium-sized postproduction facilities and corporate video departments. The new system delivers the benefits of enterprise-class Xcellis storage, including high performance and scalability, in a NAS appliance for under $25,000.

- Quantum unveiled aiWARE™ for Xcellis, an on-premise and cloud version of the artificial intelligence (AI) platform from Veritone. By bringing Veritone's multi-engine AI capabilities into a StorNext-managed environment, aiWARE for Xcellis enables users to leverage the power of Veritone's cognitive services and applications to extract new value from their on-premise video and audio content. The integrated solution is ideal for companies with significant investments in on-premise storage and/or latency, cost or security concerns about cloud storage because it puts powerful AI processing behind corporate firewalls.

- Announced in late August, aiWARE for Xcellis quickly garnered a NewBay Best of Show Award at the IBC2017 show in September. Award criteria included innovation, feature set, ease of use, versatility and ROI. In

1
2
3
> addition, at the end of September, Quantum secured its first customer win for the new solution. FOX Sports Brazil, an existing StorNext customer, is deploying aiWARE for Xcellis to enrich and index both archived content and live video streams through cognitive analytics.

4    31.    On November 9, 2017, the Company filed its quarterly report on Form 10-Q for the

5    period ended September 30, 2017.  The 10-Q was signed by Defendant Ahmad, and reaffirmed the

6    Company's statements about its financial results contained in the press release issued on

7    November 9, 2017.

8    32.    The above statements identified in ¶¶18-31 were materially false and/or misleading,

9    and failed to disclose material adverse facts about the Company's business, operations, and

10   prospects.   Specifically, Defendants failed to disclose: (1) that Quantum was inappropriately

11   recognizing certain revenues since at least April 2016; (2) that the Company lacked adequate

12   controls over accounting and financial reporting; (3) that as a result the Company was subject to

13   increased regulatory scrutiny and potential fines; and, (4) that, as a result of the foregoing,

14   Defendants' statements about Quantum' business, operations, and prospects, were materially false

15   and/or misleading and/or lacked a reasonable basis.

16   **Disclosures at the End of the Class Period**

17   33.    On February 8, 2018 Quantum issued a press release entitled "Quantum

18   Corporation Postpones Earnings Conference Call."  Therein, the Company stated that it was

19   "postponing release of its fiscal third quarter 2018 results and its earnings conference call, which

20   were scheduled for this afternoon. The company is taking this action so that Quantum's audit

21   committee, in keeping with its strong corporate governance practices, can complete an

22   investigation into accounting matters and related internal controls that were raised in response to a

23   recent inquiry by the Securities and Exchange Commission (SEC)."   The press release further

24   detailed the cause for the postponement of earnings, "[o]n Jan. 11, 2018, Quantum received a

25   subpoena from the SEC regarding its accounting practices and internal controls related to revenue

26   recognition for transactions commencing April 1, 2016. Following receipt of the SEC subpoena,

27   the company's audit committee began an independent investigation with the assistance of

28   independent advisors, which is currently in process. Because the audit committee's investigation is

1  ongoing, Quantum decided it was prudent to postpone its quarterly results release and conference

2  call, pending conclusion of the investigation. The company is cooperating with the SEC and

3  cannot predict the timing of completion or outcome of either the audit committee's investigation

4  or the SEC's inquiry at this time."

5       34.     On this news, the Company's stock price fell $1.67 per share, or nearly 30%, to

6  close at $3.90 per share on February 8, 2018, on unusually heavy trading volume..

7  **CLASS ACTION ALLEGATIONS**

8       35.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil

9  Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that acquired

10  Quantum securities between May 10, 2016 and February 7, 2018, inclusive, and who were

11  damaged thereby (the "Class").   Excluded from the Class are Defendants, the officers and

12  directors of the Company, at all relevant times, members of their immediate families and their

13  legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had

14  a controlling interest.

15       36.     The members of the Class are so numerous that joinder of all members is

16  impracticable.   Throughout the Class Period, Quantum' common stock actively traded on the

17  NYSE.   While the exact number of Class members is unknown to Plaintiff at this time and can

18  only be ascertained through appropriate discovery, Plaintiff believes that there are at least

19  hundreds or thousands of members in the proposed Class.   Millions of Quantum shares were

20  traded publicly during the Class Period on the NYSE.   As of November 3, 2017, there were

21  34,673,884 shares of Quantum common stock outstanding.   Record owners and other members of

22  the Class may be identified from records maintained by Quantum or its transfer agent and may be

23  notified of the pendency of this action by mail, using the form of notice similar to that customarily

24  used in securities class actions.

25       37.     Plaintiff's claims are typical of the claims of the members of the Class as all

26  members of the Class are similarly affected by Defendants' wrongful conduct in violation of

27  federal law that is complained of herein.

28       38.     Plaintiff will fairly and adequately protect the interests of the members of the Class

and has retained counsel competent and experienced in class and securities litigation.

39.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

(a)    whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b)    whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Quantum; and

(c)    to what extent the members of the Class have sustained damages and the proper measure of damages.

40.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

41.    The market for Quantum' securities was open, well-developed and efficient at all relevant times.  As a result of these materially false and/or misleading statements, and/or failures to disclose, Quantum' securities traded at artificially inflated prices during the Class Period.  Plaintiff and other members of the Class purchased or otherwise acquired Quantum' securities relying upon the integrity of the market price of the Company's securities and market information relating to Quantum, and have been damaged thereby.

42.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Quantum' securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading.  The statements and omissions were materially false and/or

misleading because they failed to disclose material adverse information and/or misrepresented the truth about Quantum' business, operations, and prospects as alleged herein.

43.    At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Quantum' financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

44.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

45.    During the Class Period, Plaintiff and the Class purchased Quantum' securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

46.    As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by

virtue of their receipt of information reflecting the true facts regarding Quantum, their control over, and/or receipt and/or modification of Quantum' allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Quantum, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

47.    The market for Quantum' securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, Quantum' securities traded at artificially inflated prices during the Class Period.  On May 10, 2017, the Company's stock price closed at a Class Period high of $8.97 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Quantum' securities and market information relating to Quantum, and have been damaged thereby.

48.    During the Class Period, the artificial inflation of Quantum' stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Quantum' business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of Quantum and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

49.    At all relevant times, the market for Quantum' securities was an efficient market for the following reasons, among others:

(a)    Quantum stock met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b)     As a regulated issuer, Quantum filed periodic public reports with the SEC and/or the NYSE;

(c)     Quantum regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d)     Quantum was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

50.     As a result of the foregoing, the market for Quantum' securities promptly digested current information regarding Quantum from all publicly available sources and reflected such information in Quantum' stock price. Under these circumstances, all purchasers of Quantum' securities during the Class Period suffered similar injury through their purchase of Quantum' securities at artificially inflated prices and a presumption of reliance applies.

51.     A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.  Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.  All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions.   Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

### NO SAFE HARBOR

52.     The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint.

The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Quantum who knew that the statement was false when made.

## FIRST CLAIM
### Violation of Section 10(b) of The Exchange Act and
### Rule 10b-5 Promulgated Thereunder
### Against All Defendants

53.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

54.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Quantum' securities at artificially inflated prices.  In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

55.     Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Quantum' securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5.  All Defendants are sued either as primary participants in the

1    wrongful and illegal conduct charged herein or as controlling persons as alleged below.

2         56.    Defendants, individually and in concert, directly and indirectly, by the use, means

3    or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a

4    continuous course of conduct to conceal adverse material information about Quantum' financial

5    well-being and prospects, as specified herein.

6         57.    Defendants employed devices, schemes and artifices to defraud, while in

7    possession of material adverse non-public information and engaged in acts, practices, and a course

8    of conduct as alleged herein in an effort to assure investors of Quantum' value and performance

9    and continued substantial growth, which included the making of, or the participation in the making

10   of, untrue statements of material facts and/or omitting to state material facts necessary in order to

11   make the statements made about Quantum and its business operations and future prospects in light

12   of the circumstances under which they were made, not misleading, as set forth more particularly

13   herein, and engaged in transactions, practices and a course of business which operated as a fraud

14   and deceit upon the purchasers of the Company's securities during the Class Period.

15        58.    Each of the Individual Defendants' primary liability and controlling person liability

16   arises from the following facts: (i) the Individual Defendants were high-level executives and/or

17   directors at the Company during the Class Period and members of the Company's management

18   team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and

19   activities as a senior officer and/or director of the Company, was privy to and participated in the

20   creation, development and reporting of the Company's internal budgets, plans, projections and/or

21   reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the

22   other defendants and was advised of, and had access to, other members of the Company's

23   management team, internal reports and other data and information about the Company's finances,

24   operations, and sales at all relevant times; and (iv) each of these defendants was aware of the

25   Company's dissemination of information to the investing public which they knew and/or

26   recklessly disregarded was materially false and misleading.

27        59.    Defendants had actual knowledge of the misrepresentations and/or omissions of

28   material facts set forth herein, or acted with reckless disregard for the truth in that they failed to

ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Quantum' financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities.  As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

60.     As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Quantum' securities was artificially inflated during the Class Period.  In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Quantum' securities during the Class Period at artificially high prices and were damaged thereby.

61.     At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Quantum was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Quantum securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

62.     By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

63.     As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the

other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND CLAIM**
**Violation of Section 20(a) of The Exchange Act**
**Against the Individual Defendants**

64.     Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

65.     Individual Defendants acted as controlling persons of Quantum within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

66.     In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

67.     As set forth above, Quantum and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

1

## **PRAYER FOR RELIEF**

2      WHEREFORE, Plaintiff prays for relief and judgment, as follows:

3      (a)      Determining that this action is a proper class action under Rule 23 of the Federal

4  Rules of Civil Procedure;

5      (b)      Awarding compensatory damages in favor of Plaintiff and the other Class members

6  against all defendants, jointly and severally, for all damages sustained as a result of Defendants'

7  wrongdoing, in an amount to be proven at trial, including interest thereon;

8      (c)      Awarding Plaintiff and the Class their reasonable costs and expenses incurred in

9  this action, including counsel fees and expert fees; and

10      (d)      Such other and further relief as the Court may deem just and proper.

11

## **JURY TRIAL DEMANDED**

12      Plaintiff hereby demands a trial by jury.

13

14  Dated:  February 13, 2018          **GLANCY PRONGAY & MURRAY LLP**

15

16                                      By:  */s/ Robert V. Prongay*
                                             Lionel Z. Glancy
17                                           Robert V. Prongay
                                             Lesley F. Portnoy
18                                           Charles H. Linehan
                                             1925 Century Park East, Suite 2100
19                                           Los Angeles, CA 90067
                                             Telephone: (310) 201-9150
20                                           Facsimile: (310) 201-9160
                                             Email:  rprongay@glancylaw.com
21

22                                           *Counsel for Plaintiff*

23

24

25

26

27

28

DocuSign Envelope ID: 4EF3104A-F812-4E8D-81BD-797501A7F2A2

## SWORN CERTIFICATION OF PLAINTIFF

## QUANTUM CORPORATION SECURITIES LITIGATION

I, Alexander E. Nabhan individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1.  I have reviewed the complaint and authorize the filing of a complaint and Lead Plaintiff motion on my behalf.

2.  I did not purchase Quantum Corporation the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Quantum Corporation during the class period set forth in the complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/13/2018
_____
Date

DocuSigned by:

*Alex Nabhan*
00EBCE5721E2477...
_____
Alexander E. Nabhan

341986.1

**Alexander E. Nabhan's Transactions in**
**Quantum Corporation (QTM)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 4/19/2017 | Bought | 2,200 | $6.9934 |
| 4/25/2017 | Bought | 1,000 | $7.7700 |
| 4/28/2017 | Bought | 1,000 | $7.7176 |
| 5/4/2017 | Bought | 1,725 | $8.7788 |
| 5/8/2017 | Sold | -2,000 | $8.9927 |
| 5/11/2017 | Sold | -3,925 | $7.9234 |
| 5/12/2017 | Bought | 3,000 | $8.3759 |
| 5/15/2017 | Bought | 750 | $8.0540 |
| 5/17/2017 | Bought | 650 | $8.0910 |
| 5/19/2017 | Bought | 900 | $7.9141 |
| 6/7/2017 | Bought | 600 | $8.3901 |
| 6/13/2017 | Bought | 660 | $7.6387 |
| 6/14/2017 | Bought | 620 | $7.6634 |
| 8/14/2017 | Bought | 1,850 | $5.5000 |
| 9/12/2017 | Bought | 1,650 | $6.1197 |
| 10/30/2017 | Bought | 2,000 | $5.0975 |